UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-CR-11
(NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEVESTER TREMINE BREHAM )<br>)<br>Defendant. ) | **GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States of America, by and through its undersigned attorneys, hereby requests that the Court dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The United States has learned that the defendant was recently sentenced to life without the possibility of parole following a conviction for first-degree murder in Hennepin County Case No. 27-CR-24-1503. The government therefore assesses that it has no further federal interest in continuing to prosecute this matter and requests that it be dismissed. The government requests that the dismissal occur without prejudice, so that the United States could consider whether to refile the charge, if the defendant's state conviction was overturned on appeal.

The United States conferred with defense counsel for Mr. Breham, Kate Adams, Esq., and the government understands that the defense supports this motion.

Dated:   January 27, 2026                                  Respectfully submitted,

                                                           DANIEL N. ROSEN
                                                           United States Attorney

                                                           */s/ David Green*
                                                           BY: DAVID GREEN
                                                           Assistant U.S. Attorney
                                                           Attorney I.D. No. 397477