**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEVESTER TREMINE BREHAM

Defendant.

Case No. 24-CR-11 (NEB/DTS)

ORDER FOR DISMISSAL

---

This matter is before the Court on the motion of the United States pursuant to of the Federal Rules of Criminal Procedure to dismiss the Indictment (ECF No. 54) as to Defendant Levester Tremine Breham. Based on the government's motion, and the Court finding that good cause exists therefore,

IT IS HEREBY ORDERED that the government's motion (ECF No. 54) is GRANTED and the Indictment is DISMISSED without prejudice as to Defendant Levester Tremine Breham.

Dated: January 28, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge